## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No. 23-02172 |
| | ) | |
| JERKIA ELLIS, | ) | Judge Hunt |
| | ) | |
| Debtor. | ) | Chapter 13 |

## NOTICE

*To the following parties that have been noticed by CM/ECF electronic delivery:*
U.S. Trustee:  USTPRegion11.ES.ECF@usdoj.gov

*To the following parties that have been noticed by first class U.S. mail, postage prepaid:*
Internal Revenue Service P.O. Box 7346 Philadelphia, Pennsylvania 19101
ILLINOIS DEPT OF REVENUE PO BOX 19035 SPRINGFIELD  IL  62794-9035

**PLEASE TAKE NOTICE** of the Official Form 309I (Notice of Bankruptcy), Docket #12, and the
Debtor's Chapter 13 Plan, Docket #7.

## CERTIFICATE OF SERVICE

I, Dustin B. Allen, hereby certify that this Notice was served in the manner described upon the parties
named above, on or before April 20, 2023.

By:    /s/ Dustin B. Allen
Dustin B. Allen, Attorney at Law
ARDC#6312451
Counsel for Debtor
8707 Skokie Blvd., #312
Skokie, IL 60077
773-980-9004
Dustin@FreydinLaw.com